ANNA FREEMONT, as Administratrix of the Estate of JOSEPH FREEMONT, Deceased, Respondent, *v.* BOSTON AND MAINE RAILROAD et al., Appellants.

*Freemont* v. *Boston & Maine R. R. Co.*, 111 App. Div. 831, affirmed.
(Argued January 28, 1907; decided February 19, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 12, 1906, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have been caused by defendants' negligence.

*Lewis E. Carr* and *Jarvis P. O'Brien* for appellants.

*George B. Wellington* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.